IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DAVID P. BROOKS,

                **Plaintiff,**

v.                                                                                       CASE NO. 25-3065-JWL

DAVID THAXTON, ET AL.,

                **Defendants.**

## MEMORANDUM AND ORDER

This matter comes now before the Court on Plaintiff and state prisoner David P. Brooks' motion for an extension of time to respond to the memorandum and order to show cause (MOSC) filed in this matter on April 17, 2025. (Docs. 4 and 9.) The motion will be granted. Plaintiff will be granted to and including June 19, 2025 in which to respond to the MOSC.

**IT IS THEREFORE ORDERED** that the motion for extension of time (**Doc. 9**) is **granted**. Plaintiff is granted to and including **June 19, 2025** in which to comply with the April 17, 2025 memorandum and order to show cause (Doc. 4).

**IT IS SO ORDERED.**

DATED: This 14th day of May, 2025, at Kansas City, Kansas.

                                                      S/ John W. Lungstrum
                                                      JOHN W. LUNGSTRUM
                                                      United States District Judge